FILED

2013 MAR 18 PM 2:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   LUPE VARGAS,                          )   Case No. ED CV 13-412-UA (DUTYx)
                                           )
12                  Plaintiff,             )
                                           )   ORDER SUMMARILY REMANDING
13          vs.                            )   IMPROPERLY-REMOVED ACTION
                                           )
14   CHRISTOPHER ESPINOZA, et              )
     al.,                                  )
15                                         )
                    Defendants.            )
16                                         )
17
18          The Court will remand this unlawful detainer action to state court

19   summarily because defendant removed it improperly.

20          On March 5, 2013, defendant Rosalina Espinoza, having been sued in what

21   appears to be a routine unlawful detainer action in California Superior Court,

22   lodged a Notice of Removal of that action to this Court, and also presented an

23   application to proceed in forma pauperis. The Court has denied the latter

24   application under separate cover because the action was not properly removed. To

25   prevent the action from remaining in jurisdictional limbo, the Court issues this

26   Order to remand the action to state court.

27          Simply stated, plaintiff could not have brought this action in federal court in

28   the first place, in that defendant does not competently allege facts supplying either

1 │ diversity or federal question jurisdiction, and therefore removal is improper.  28

2 │ U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,

3 │ 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Here, defendant has asserted

4 │ federal question jurisdiction as her basis for removal.  But as described in more

5 │ detail in the Order Denying Defendant's Request to Proceed Without Prepayment

6 │ of Filing Fee, because the unlawful detainer action to be removed does not raise

7 │ any of the federal claims to which defendant points, there is no basis to assert

8 │ federal question jurisdiction.  *See* 28 U.S.C. §§ 1331, 1441.

9 │     Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the

10 │ Superior Court of California, Riverside County, 13800 Heacock Street, Building

11 │ D-201, Moreno Valley, CA 92553, for lack of subject matter jurisdiction pursuant

12 │ to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the

13 │ state court; and (3) that the Clerk serve copies of this Order on the parties.

15 │ DATED:  3/8/13

16 │ HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

2